**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---:|
| Chambers of | 101 West Lombard Street |
| **Ellen Lipton Hollander** | Baltimore, Maryland 21201 |
| District Court Judge | 410-962-0742 |

May 21, 2021

LETTER TO COUNSEL

      Re:    *United States of America v. Tyshon Gabriel Hobson*
              Criminal No.:  ELH-20-035

Dear Counsel:

      This will confirm the substance of our discussions during the telephone conference held on May 20, 2021.  The following schedule shall govern.

1. The motions hearing previously set for **July 2, 2021,** has been rescheduled to **August 25, 2021 at 10:00 a.m.**

2. The government's opposition is due by the close of business on **July 16, 2021**.

3. A reply is due by the close of business on **August 6, 2021.**

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                            Sincerely,

                                            /s/
                                          Ellen Lipton Hollander
                                          United States District Judge